UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MAKS, INC., *et al.*, ) | |
| ) | |
| Plaintiffs / Counter-Defendant, ) | |
| ) | No. 3:10-CV-443 |
| ) | (VARLAN/GUYTON) |
| v. ) | |
| ) | |
| EODT GENERAL SECURITY CO., *et al.,* ) | |
| ) | |
| Defendants / Counter-Plaintiff. ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral of the District Judge. Now before the Court is Plaintiffs' Emergency Motion to Stay Consideration of Defendant Kaye's Motion for Protective Order [Doc. 88], filed October 18, 2011. Because the parties represented that the issues contained in the Motion to Stay could possibly be resolved without Court action, a hearing on this motion was initially set for April 3, 2012, and then reset to July 16, 2012.

When the parties appeared before the Court for a discovery dispute conference on July 6, 2012, the Court asked the parties to contact the chambers of the undersigned and confirm whether the Motion to Stay and another related motion were still at issue. Counsel for the Plaintiffs has not contacted the chambers of the undersigned to indicate whether the Motion to Stay is at issue or is moot. The Court, however, has examined the requested relief and finds that the Motion to Stay, which asks the Court to stay consideration of a second motion that has now been denied as moot, is also moot. In addition, the lack of response from Plaintiffs' counsel indicates that the Motion to Stay is likely moot.

Accordingly, the Court finds that the Motion for Entry of a Protective Order **[Doc. 88]** is now moot, and it is **DENIED AS MOOT**. The hearing in this case set to take place **July 16, 2012, at 1:30 p.m.** is **CANCELLED**.

**IT IS SO ORDERED**.

ENTER:

  /s H. Bruce Guyton
United States Magistrate Judge