IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MAKS, INC., GENERAL TRADING )
& CONTRACTING CO., )
GOPALAKRISHNA PILLAI AJEESH )
KUMAR KAMMARAYIL, AND )
MOHAMMED AZAD SHABBIR, )
)
    Plaintiffs, )
)
v. ) No.: 3:10-CV-443
) (VARLAN/GUYTON)
EOD TECHNOLOGY, INC., )
)
    Defendant, )
)
)
EOD TECHNOLOGY, INC., )
)
    Counter-Plaintiff, )
)
v. )
)
MAKS, INC., GENERAL TRADING )
& CONTRACTING CO., )
)
    Counter-Defendant, )

FILED
DEC 03 2012
Clerk, U S. District Court
Eastern District of Tennessee
At Knoxville

## VERDICT FORM

November 30, 2012

We, the members of the jury, find unanimously and from all the evidence as follows:

I. **MAKS's Breach of Contract Claims**

   1. Do you find that defendant EODT breached the module contract with regard to Work Authorization 01 (WA01)?

      _X_ Yes _____ No

      If you answered "yes" to this question, proceed to question 2. If you answered "no," proceed to question 3.

   2. If yes, what damages do you award plaintiff MAKS?

      $ 990,000.00

   3. Do you find that defendant EODT breached the module contract with regard to Work Authorization 2 (WA02)?

      _X_ Yes _____ No

      If you answered "yes" to this question, proceed to question 4. If you answered "no," proceed to question 5.

   4. If yes, what damages do you award plaintiff MAKS?

      $ 975,000.00

2

5. Do you find that defendant EODT breached the security contract?

   __X__ Yes _____ No

   If you answered "yes" to this question, proceed to question 6. If you answered "no," proceed to question 7.

6. If yes, what damages do you award plaintiff MAKS?

   $ __3,000.00__

## II. EODT's Breach of Contract Counter-Claim

7. Do you find that counter-defendant MAKS breached the module contract?

   _____ Yes __X__ No

   If you answered "yes" to this question, proceed to question 8. If you answered "no," proceed to question 9.

8. If yes, what damages do you award counter-plaintiff EODT?

   $ _____

3

### III. MAKS's Trespass Claim

9. Do you find that defendant EODT committed a trespass on the property of MAKS?

    __X__ Yes _____ No

    If you answered "yes" to this question, proceed to question 10. If you answered "no," proceed to question 12.

10. If yes, what damages, if any, do you award plaintiff MAKS?

    $ __1.00__

    If you awarded an amount of damages, proceed to question 11. If not, proceed to question 12.

11. Do you find that plaintiff MAKS is entitled to punitive damages on this claim?

    _____ Yes __X__ No

### IV. MAKS's Conversion Claim

12. Do you find that defendant EODT committed a conversion against MAKS's property?

    __X__ Yes _____ No

    If you answered "yes" to this question, proceed to question 13. If you answered "no," proceed to question 15.

4

13. If yes, what damages, if any, do you award plaintiff MAKS?

    $ _1,000,000.00_

    If you awarded an amount of damages, proceed to question 14. If not, proceed to question 15.

14. Do you find that plaintiff MAKS is entitled to punitive damages on this claim?

    ____ Yes __X__ No

## V. Plaintiffs' Assault Claims

15. Do you find that EODT employee(s) committed an assault against plaintiff Ajeesh Kumar?

    ____ Yes __X__ No

    If you answered "yes" to this question, proceed to question 16. If you answered "no," proceed to question 19.

16. If yes, do you find that the EODT employee(s) were acting within the scope of their employment at the time of the assault?

    ____ Yes ____ No

    If you answered "yes" to this question, proceed to question 17. If you answered "no," proceed to question 19.

5

17. If yes, what damages, if any, do you award plaintiff Ajeesh Kumar?

    $ _____

    If you awarded an amount of damages, proceed to question 18. If not, proceed to question 19.

18. Do you find that plaintiff Ajeesh Kumar is entitled to punitive damages on this claim?

    _____ Yes _____ No

19. Do you find that EODT employee(s) committed an assault against plaintiff Azad Shabbir?

    _____ Yes __X__ No

    If you answered "yes," proceed to question 20. If not, then have your Jury Foreperson sign and date the form.

20. If yes, do you find that EODT employee(s) were acting within the scope of their employment at the time of the assault?

    _____ Yes _____ No

    If you answered "yes" to this question, proceed to question 21. If you answered "no," then have your Jury Foreperson sign and date the form.

21. If yes, what damages, if any, do you award plaintiff Azad Shabbir?

    $ _____

    If you awarded an amount of damages, proceed to question 22. If not, then have your Jury Foreperson sign and date the form.

22. Do you find that plaintiff Azad Shabbir is entitled to punitive damages on this claim?

    _____ Yes _____ No

**SIGNATURE REDACTED**
_____
Jury Foreperson

*12-03-12*
Date

7